## No. 6202.

G. M. BAYLY & POND VS. JOHN WEIL. RULE ON D. C. PAUL, SHERIFF.

To the rule taken by plaintiffs on the sheriff to show cause why he should not be held in contempt, and why he should not obey the order requiring him to sell the personal property of defendant attached by them, the answer of the sheriff that the property was already under seizure and advertised to be sold at the next regular sale-day in obedience to a writ of *fieri facias* in his hands, was sufficient.
The first Saturday of each month is the day fixed by law for all sheriff's sales, and this applies also to sales of personal property ordered pending an attachment.

APPEAL from the Ninth Judicial District Court, parish of Rapides. *Orsborn*, J. *Robert P. Hunter*, for plaintiffs and appellants. *W. F. Blackman*, for defendant and appellee.

WYLY, J. Plaintiffs, who took a rule on the sheriff, D. C. Paul, to show cause why he should not be held in contempt, and why he should not obey the order requiring him to sell the personal property of defendant attached by them, appeal from the judgment discharging the rule.

The answer of the sheriff that the property was already under seizure and advertised to be sold at the next regular sale-day, in obedience to a writ of *fieri facias* in his hands, was sufficient. The first Saturday of each month is the day fixed by law for all sheriff's sales, and this applies also to sales of personal property ordered pending an attachment. Revised Statutes, 3410.

There was evidently no cause for this appeal; besides, plaintiffs fail to show that they will suffer an irreparable injury from the interlocutory order discharging the rule for contempt against the sheriff. The motion to dismiss the appeal is denied.

Judgment affirmed.